IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LORETTA PAGE                                                                                    PLAINTIFF

v.                              NO. 3:09cv00001 JWC

MICHAEL J. ASTRUE,                                                                       DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 25th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE